| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lefkow, Joan H. | 2. Court or Organization<br><br>U.S DISTRICT COURT, NDIL | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Suite 1956<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Board (Advisory) | Northwestern University Law School |
| 2. | Executor | Estate ▓▓▓▓▓▓▓▓▓▓▓ |
| 3. | Executive Committee, Board Member | Federal Judges' Association |
| 4. | Adjunct Faculty Member | John Marshall Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008-09 | John·Marshall Law School; Teaching stipend | $6,000.00 |
| 2. 1/09-12/09 | Book Sales: "I Speak of Simple Things" (Ampersand, Inc. 2007); SIMPLE THINGS JOINT VENTURE with Judith H. Smith | $0.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Federal Judges' Association | 12/3-4 | Washington, D.C. | Board meeting | Round-trip airfare, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▨▨▨▨ | Tuition agreement* | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Employees Credit Union account | A | Int./Div. | J | T | | | | | |
| 2. BROKERAGE ACCOUNT IRA | | | | | | | | | |
| 3. - EVSGX | A | Dividend | J | T | | | | | |
| 4. - IEMBX (X) | | | J | T | Buy | 10/29/09 | J | | |
| 5. - CRSAX | A | Dividend | J | T | | | | | |
| 6. - ●VRBX | | | J | T | | | | | |
| 7. - OGMBX | A | Dividend | J | T | | | | | |
| 8. - INPBX | A | Dividend | J | T | | | | | |
| 9. - AMVBX | | | | | Sold | 10/29/09 | J | | |
| 10. - DBA | | | J | T | | | | | |
| 11. Cash Money Market Ameriprise Financial** | | None | J | T | | | | | |
| 12. BROKERAGE ACCOUNT NON-IRA | | | | | | | | | |
| 13. - CRSAX | A | Dividend | J | T | | | | | |
| 14. - DEAXX*** | | | | | | ♦ | | | |
| 15. - FLTAX | A | Dividend | J | | | | | | |
| 16. - MDIDX | | | | | Sold | 05/06/09 | J | | |
| 17. - SRFAX | | | | | Sold | 05/06/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - OPGSX | | | | | Sold | 07/24/09 | J | | |
| 19. - RFGXX | | | | | Sold | 01/20/09 | J | | |
| 20. - SMAVX | A | Int./Div. | | | Sold | 10/27/09 | K | A | |
| 21. - Cash Money Market Ameriprise Finc'l**** | A | Interest | K | T | | | | | |
| 22. - DDMAX | | | | | Sold | 10/27/09 | K | A | |
| 23. - DSX | | | | | Sold | 07/24/09 | J | | |
| 24. - OIL | | | | | Sold | 10/30/09 | K | C | |
| 25. - BEARX (X) | | | J | T | Buy | 05/07/09 | J | | |
| 26. - WASAX (X) | A | Dividend | J | T | Buy | 07/27/09 | J | | |
| 27. - WMFAX (X) | A | Int./Div. | | | Buy | 10/28/09 | K | | |
| 28. BROKERAGE | A | Int./Div. | J | T | | | | | |
| 29. - Cash Money Market Ameriprise Finc'l **** | | | J | T | | | | | |
| 30. - TWTIX | A | Dividend | J | T | | | | | |
| 31. PROTECTIVE UNIVERSAL LIFE INS | | None | K | U | | | | | |
| 32. ESTATE ***** | | | | | | | | | |
| 33. - Unliquidated contingent fee | | | L | W | | | | | |
| 34. Cash Account, Northern Trust Co. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lefkow, Joan H. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*

VI. Although I have reported ▓▓▓▓▓ loans over the years, I have inadvertently omitted tuition agreements ▓▓▓▓▓
For the past seven years, I have had tuition agreements of "K" value code ▓▓▓▓▓

**

VII, 1.11 Funds are deposited in amounts <$1,000 each in the following banks:
Sovereign Bank, Philadelphia, PA
Associated Bank Green Bay, WI
Sun Trust, Atlanta, GA
AMEX Bank, Salt Lake City, UT
Ameriprise Bank, Minneapolis, MN
M and T Trust Co., Buffalo, NY

***

VII, 1.14 DEAXX (1.16 on the 2008 report) is a typographical error. It should be DEAAX, which was sold 9/30/08. Thus, it does not appear on this report.

****

VII, 1.21 Funds are deposited as follows:
Sun Trust, Atlanta, GA ▓
M and I Marshall & Isky Bank, Milwaukee, WI ▓
New York Community Bank, Wootbu y, NY ▓

*****

VII, 1.29 Funds are deposited in amounts <$1,000 in the following banks:
Associated Ba k, Green Bay, WI
Sun Trust, Atlanta, GA
Amerprise Bank, Minneapolis, MN

******

VII, 1.32 The estate has a 1/3 contingent interest in an Illinois judgment, representing an attorney's fee, with a value between $50,0001 - $100,000.
The remainder of the estate is a bank account at Northern Trust Company, with less than $15,000 cash balance. I am the sole beneficiary.

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544